UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OVIDIO ZELAYA-GOMEZ,<br><br>　　　　Defendant. | Case No.: 18CR04295-MDD<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

FILED JAN 03 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Misdemeanor Information in Criminal Case No. 18CR04295-MDD against defendant OVIDIO ZELAYA-GOMEZ be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 1/3/19

HON. MITCHELL D. DEMBIN
United States District Judge